652 A.2d 283

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Kenneth PLASS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 17, 1994.

Decided Dec. 29, 1994.

Lester G. Nauhaus, James R. Wilson, Pittsburgh, for K. Plass.

Robert E. Colville and James R. Gilmore, Pittsburgh, for the Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

AND NOW, this 29th day of December, 1994, the order of the Superior Court is affirmed, and the case is remanded for resentencing in accordance with the order of the Superior Court dated January 4, 1994, 431 Pa.Super. 251, 636 A.2d 637. *See Commonwealth v. Williams,* 539 Pa. 249, 652 A.2d 283 No. 40 Eastern District Appeal Docket 1994, Pa., filed *eo die.*

MONTEMURO, J., is sitting by designation.